## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUYZAR LLC**, <br>   Plaintiff, <br> v. <br> **YELP INC.**, <br>   Defendant. | **CIVIL ACTION NO. 1:18-cv-1820-UNA** <br><br> **DEMAND FOR JURY TRIAL** |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Guyzar LLC, a private non-governmental property, certifies that there are no corporate parents, affiliates, and/or subsidiaries owning more than ten percent (10%) of Plaintiff.

Dated: November 20, 2018   Respectfully submitted,

  /s/Timothy Devlin
  Timothy Devlin
  Devlin Law Firm LLC
  1306 N. Broom St., Suite 1
  Wilmington, DE 19806
  302.449.9010
  302.353.4251
  tdevlin@devlinlawfirm.com

  Isaac Rabicoff
  (*Pro Hac Vice Admission Pending*)
  Kenneth Matuszewski
  (*Pro Hac Vice Admission Pending*)
  RABICOFF LAW LLC
  73 W Monroe St.
  Chicago, IL 60603
  773-669-4590
  isaac@rabilaw.com
  kenneth@rabilaw.com

  ***Attorneys for Plaintiff***
  ***Guyzar LLC***