IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUYZAR LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1820 (CFC) ) |
| YELP INC., | ) ) |
| Defendant. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to move, answer, or otherwise respond to the Complaint is extended until January 31, 2019.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* | */s/ Jack B. Blumenfeld* |
| Timothy Devlin (#4241) <br> 1306 North Broom Street, Suite 1 <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> tdevlin@devlinlawfirm.com | Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of December, 2018.

_____
The Honorable Colm F. Connolly